UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHARMAINE FRECKLETON, : | |
| on behalf of herself and others : | |
| similarly situated, : | |
| Plaintiff : | C.A. No. 1:14–cv –00807-GLR |
| v. : | |
| : | |
| TARGET CORP. and FIRST : | |
| ADVANTAGE LNS SCREENING : | |
| SOLUTIONS, INC., f/k/a LexisNexis : | |
| Screening Solutions, Inc., : | |
| Defendants : | |

## NOTICE OF DISMISSAL
### AS TO DEFENDANT FIRST ADVANTAGE LNS SCREENING SOLUTIONS, INC.

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Charmaine Freckleton hereby dismisses with prejudice all claims against Defendant First Advantage LNS Screening Solutions, Inc., f/k/n LexisNexis Screening Solutions, Inc. ("FADV") only, as alleged in Count III of Plaintiff's Second Amended Complaint. The Court may dismiss FADV only, with prejudice and without costs.

Dated:  June 1, 2016

/s/ Irv Ackelsberg
Irv Ackelsberg (admitted pro hac vice)
LANGER GROGAN & DIVER, PC
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
(215) 320-5660
Email: iackelsberg@langergrogan.com

James A. Francis (admitted pro hac vice)
FRANCIS & MAILMAN, PC
100 S. Broad Street, 19th Floor
Philadelphia, PA 19110

Martin E. Wolf
GORDON, WOLF & CARNEY, CHTD.
102 W. Pennsylvania Avenue, Suite 402
Towson, MD 21204

Attorneys for Plaintiff